IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION

MDL No. 2848
Civil Action No. 2:18-md-02848-HB

| THIS DOCUMENT RELATES TO: | THIS DOCUMENT RELATES TO: |
|---|---|
| *Loretta Abbo v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20200-HB | *John Barrett v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20146-HB |
| *Sylvia Anderson v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20184-HB | *Jerome Berkowitz v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20188-HB |
| *John Andrea v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20185-HB | *Joseph Bernet v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20189-HB |
| *Joseph Anemone v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20186-HB | *Irwin Binder v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20190-HB |
| *Linda Arch v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20126-HB | *Diane Bonizzi v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20192-HB |
| *Inez Archie v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20159-HB | *Sally Boon v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20137-HB |
| *Deborah Augenti v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20160-HB | *Patricia Breault, Individually and as Executor of the Estate of Shirley Breault, v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20198-HB |
| *Esther Bader v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20187-HB | *Teresa Brumbaugh v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20147-HB |

*Cecil and Peggy Campbell v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20162-HB

*Rosemarie Case v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20191-HB

*Sylvane Chiarelli v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20245-HB

*Mary Jayne Clark v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20193-HB

*Monique Cochran v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20163-HB

*Robert J. Coffey v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20131-HB

*Eleanor Cohen v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20246-HB

*Alicia D. Colon v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20164-HB

*Richard Conroy v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20213-HB

*Patricia Corrao v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20139-HB

*Anthony Cretacci v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20302-HB

*Salvatore and Viola Croce v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20252-HB

*Patricia Cutillo v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20197-HB

*Eleanor Dakers v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20254-HB

*Patricia Damico v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20165-HB

*Annamarie Defrancis v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20296-HB

*Susan Detrie v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20148-HB

*Wayne and Carol Dickerson v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20294-HB

*Philip DiGregorio v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20166-HB

*Wilbert E. Dixon, Individually and as Proposed Administrator of the Estate of Gail Dixon, v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20149-HB

*Elizabeth Durham v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20255-HB

*Gloria Eaton v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20128-HB

*Stephen Ehrlich v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20206-HB

*Joseph Engolia v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20167-HB

*Valentina Falco v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20256-HB

*Adamilta Figueroa-Lerner v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20257-HB

*Judy Fischer v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20168-HB

*Marleen and George Flanders v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20292-HB

*David Fontaine v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20216-HB

*Patricia Frazier v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20210-HB

*Donald Galloway and Conceita Pittman v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20258-HB

*Sharon Godwin v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20151-HB

*Marion Graham Jr. v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20133-HB

*F. Joyce Grasby v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20260-HB

*Debbie Guerrero v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20261-HB

*Roland Halle v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20129-HB

*Joyce Helman v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20263-HB

*Mary Higdon v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20152-HB

*Helen Hoffman v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20180-HB

*Janette Holmes v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:19-cv-20000-HB

*Stephen Hopkins v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20264-HB

*Beth Horowitz v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20207-HB

*Maryann Intagliata v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20182-HB

*Shirley Jackson v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20247-HB

*Shirley Jarvis v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20154-HB

*Christine and Theodore Jenkins v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20267-HB

*Damaris Jimenez v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20268-HB

*Mike Jones v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20269-HB

*Jerome Kaufman v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20221-HB

*William Kelshaw Jr. v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20178-HB

*Susan Kennedy v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20223-HB

*Barbara Kerrigan v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20225-HB

*Phyllis Kidney v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20227-HB

*Ernest Koch v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20130-HB

*Henry Kuhn v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20228-HB

*Sylvia Laguerra v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:19-cv-20003-HB

*Cheryl and Paul Lamparella v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20230-HB

*Frances Lane v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20239-HB

*Joann Leavitt v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20285-HB

*Vernon Lee v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:19-cv-20004-HB

*Anne Levinson v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20249-HB

*Ruth Linteau v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20215-HB

*Delilah Lloyd v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20233-HB

*Lillian Macomber v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:19-cv-20024-HB

*Sharon Maddox v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:19-cv-20005-HB

*Ernest and Brenda Malizia v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20235-HB

*Wanda Martinez v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20156-HB

*Loretta Martinez-Favier v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20250-HB

*Robert Masucci v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:19-cv-20001-HB

*Sharon and James McBride v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20238-HB

*Sarah A. McClelland v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20140-HB

*Karen McCloskey v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:19-cv-20018-HB

*Richard McDonald v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20240-HB

*Patricia McKown v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20271-HB

*Tammy Meade v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:19-cv-20014-HB

*James Melton v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:19-cv-20006-HB

*Edna Middleton v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:19-cv-20007-HB

*Debra Moreno v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20212-HB

*Ernest Morris v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20134-HB

*Judith K. Morris v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20275-HB

*Rhoda Moziy v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20278-HB

*Allen Mueller v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20280-HB

*Linda Munger v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20282-HB

*Leonard Murrell and Joan Bonsu v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20283-HB

*Jacquelyn Nash v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20288-HB

*Kenneth and Delores Nicholas v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20179-HB

*John Niedzialowski v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:19-cv-20025-HB

*Linda Odess v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20211-HB

*Helen Oporto v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:19-cv-20002-HB

*Nancy Orth v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20291-HB

*Richard Ortiz v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:19-cv-20008-HB

*Mary Outlaw v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20172-HB

*William O'Vitt, Individually and as Proposed Administrator of the Estate of Edna O'Vitt, v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20232-HB

*Rosa Pagan v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20272-HB

*Patrick Papas v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20276-HB

*Nancy Perry v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20196-HB

*Judith and Gerald Peters v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20284-HB

*Francine Pirraglia v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20289-HB

*Maureen Pons v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20290-HB

*Limon Poppell v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20204-HB

*Marc Rawitt v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20135-HB

*Leonard Reiss v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:19-cv-20010-HB

*Sondra Reiss v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20293-HB

*Angelina Riccio v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20208-HB

*Florence Robinson v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20173-HB

*Natalie Robinson v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:19-cv-20015-HB

*Delores Rorech v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20295-HB

*Linda Russ v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20243-HB

*Yvonne Saleme v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20297-HB

*James Santo v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20241-HB

*Gail Santoro v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20209-HB

*Carol Schasel v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20298-HB

*Rickey Schmidt v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20125-HB

*Garry Schuemann v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20201-HB

*Seymour and Marjorie Schultz v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20300-HB

*Joyce Scott v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20301-HB

*Robert Seabrooks v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20303-HB

*Patricia Segnit v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20304-HB

*Karney and Patience Seymour v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20195-HB

*Sheila Shea v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20281-HB

*Phyllis Sheck v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20279-HB

*Erica Sheid v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20277-HB

*Harold Showalter v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20205-HB

*Kathy Silva v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20174-HB

*Peter Skumanich v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20286-HB

*Carolyn Snell v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20132-HB

*Carol Snyder v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:19-cv-20012-HB

*Judith Snyder v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20273-HB

*Nicholas Speidel v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:19-cv-20016-HB

*Mary Speigle v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20158-HB

*August Speirs v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20270-HB

*Joyce Stedman v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:19-cv-20013-HB

*Ronald Stichter v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20142-HB

*Leo Summermatter v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20234-HB

*Daniel and Kathryn Szymusiak v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20231-HB

*Fatema Tahan v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20229-HB

*Donald Thering v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20226-HB

*Laurier Trahan v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20222-HB

*Palma Treschan v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20143-HB

*Carole Triplett v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20144-HB

*Charles and Dorothy Turnbull v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20203-HB

*Elsa Vega v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20220-HB

*Anthony Vespa v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20202-HB

*Catherine Wade v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20219-HB

*Evelyn Wagner v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20218-HB

*Betty Warner-Williams v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:19-cv-20017-HB

*Edward Waszak v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20265-HB

*Martha Watson v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20136-HB

*Janet Welty v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20262-HB

*Eron and Vernon West West v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20259-HB

*Beatrice Whitener v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20175-HB

*Jean Wright v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20181-HB

*Michael Yasso v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20253-HB

*Joseph Yepez v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20145-HB

*Matthew Zarosl, Individually and as Proposed Administrator of the Estate of Barbara Zarosl, v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20194-HB

*Felip Zielinski v. Merck & Co., Inc.; Merck Sharp & Dohme Corp.; and McKesson Corp.*, No. 2:18-cv-20177-HB

PRETRIAL ORDER NO. 172

AND NOW, this 2nd day of May, 2019, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) The omnibus motion of defendants Merck & Co. Inc. and Merck Sharp & Dohme Corp. to dismiss all claims of fraudulent misrepresentation, fraudulent concealment, negligent misrepresentation, consumer fraud, and violations of state consumer fraud statutes in the above actions is GRANTED with prejudice.

(2) The motions of defendant McKesson Corp. to dismiss the complaints of plaintiffs in each of the above actions are GRANTED with prejudice with respect to the counts described in ¶ 1 of this order.

(3) The motions of defendant McKesson Corp. to dismiss the complaints of plaintiffs in each of the above actions is GRANTED without prejudice with respect to the remaining counts.

(4) The remaining counts are also dismissed as to defendants Merck & Co. Inc. and Merck Sharp & Dohme Corp. without prejudice.

(5) Plaintiffs may file an amended complaint against defendants Merck & Co. Inc., Merck Sharp & Dohme Corp., and McKesson Corp. with respect to the remaining counts within 30

days from the date of this order.  Any amended complaint must be limited to 40 pages.  See e.g. complaints in Elmegreen v. Merck & Co., Inc. et al, 2:17-cv-2044; Trapp v. Merck & Co., Inc. et al, 2:18-cv-3866.

(6)  The actions will be dismissed with prejudice without further notice if the amended complaints are not timely filed.

(7)  No attorney at Marc J. Bern & Partners LLP may hereinafter file any complaint or amended complaint in MDL No. 2848 that contains more than 40 pages.  The court will dismiss without prejudice on its own motion any such complaint or amended complaint hereinafter filed that exceeds 40 pages.

BY THE COURT:

_____ J.